# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2016

## NO. 03-14-00375-CV

**Auspro Enterprises, LP, Appellant**

**v.**

**Texas Department of Transportation, Appellee**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on March 17, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the district court's judgment and renders judgment severing Subchapters B and C from the Texas Highway Beautification Act as unconstitutional content-based restrictions on speech. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.